In re WARTMAN. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) In the matter of the disbarment of John W. Wartman, an attorney, etc. No opinion. Referee's report confirmed, and respondent removed and disbarred from practice.